JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANILO JOSE, | Case No. CV 13-02467 DDP (AJWx) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| FREMONT INVESTMENT AND LOAN, et al., | |
| Defendants. | |

THE COURT having ordered the Plaintiff to show cause in writing, not later than October 22, 2013, why this action should not be dismissed for lack of prosecution and Plaintiff having failed to respond,

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: October 30, 2013

DEAN D. PREGERSON
United States District Judge